UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLONZO J. BANKS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. LAGUNA, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-0865 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This action was transferred to this district on May 10, 2023. (ECF No. 1.) Thereafter, plaintiff filed a motion to voluntarily dismiss this case. In support of the motion, plaintiff states that dismissal pursuant to Federal Rule of Civil Procedure 41 is appropriate because the court has not yet screened the complaint, defendants have not filed an answer. (ECF No. 14 at 1-2.) Additionally, he has recently learned that the California Department of Corrections and Rehabilitation is appealing a lower court ruling overturning a Rules Violation Report issued to plaintiff that also forms the basis of his claim in this action. (Id. at 2.)

Federal Rule of Civil Procedure 41(a) provides that a plaintiff may voluntarily dismiss an action without a court order before the opposing party serves an answer. Fed. R. Civ. P. 41(a)(1). Defendant has not been served or filed an answer. Therefore, the court will grant plaintiff's motion for voluntary dismissal.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to voluntarily dismiss (EFF No. 14) is granted;
2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied as moot; and
3. This action is dismissed without prejudice.

Dated: August 23, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/bank0865.59